JS6

Yvonne Arvanitis Fossati (SBN 161764)
Cynthia J. Emry (SBN 161763)
Sarine C. Sahatjian (SBN 205595)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

fossatiy@jacksonlewis.com
emryc@jacksonlewis.com
sahatjis@jacksonlewis.com

Attorneys for Defendant
PROMISE HEALTHCARE

**IT IS SO ORDERED**

DATE 11/2/10

*Valerie Baker Fairbank*

**U.S. DISTRICT JUDGE**

## THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BARCON,<br><br>     Plaintiff,<br><br>vs.<br><br>PRINCIPLE PHARMACY GROUP, INC., an Alabama corporation; PROMISE HEALTHCARE, a Florida corporation; and , DOES 1 through 20,<br><br>     Defendants. | **CASE NO.: CV09-4801 VBF (FMOx)**<br><br>**[Assigned to: The Honorable Valerie Baker Fairbank, Courtroom 9]**<br><br>~~**ORDER**~~<br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[NOTICE OF SETTLEMENT FILED CONCURRENTLY]**<br><br>Complaint Filed:     May 27, 2009<br><br>Trial Date:     November 16, 2010 |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Douglas Barcon ("Plaintiff") and Defendants Principle Pharmacy Group. Inc. ("Principle") and Promise Healthcare ("Promise") by and through their counsel of record that:

1  (1)  The above-captioned action shall be dismissed with prejudice pursuant to Federal

2       Rules of Civil Procedure 41(a)(1);

3  (2)  Each Party shall bear its own attorney's fees and costs with respect to the

4       dismissal of the above-captioned action;

5  (3)  The pre-trial conference date of November 5, 2010 at 1:30 p.m. is vacated;

6  (4)  The trial date of November 16, 2010 is vacated; and

7  (5)  The Court shall retain jurisdiction over this matter solely to enforce the terms of

8       the settlement agreement between the Parties.

9  *All dates not herein mentioned are vacated*

10 IT IS SO STIPULATED   *and taken off calendar.*

11

12 Dated: November __, 2010          LAW OFFICES OF HERBERT HAFIF

13

14                                  By: _Michael G. Dawson_

15                                     Greg Hafif
                                       Michael G. Dawson

16                                  Attorneys for Plaintiff
                                    DOUGLAS BARCON

17

18 Dated: November 1, 2010          JACKSON LEWIS LLP

19

20                                  By: _____

21                                     Yvonne Arvanitis Fossati
                                       Cynthia J. Emry
22                                     Sarine C. Sahatjian
                                    Attorneys for Defendant
23                                  PROMISE HEALTHCARE

24 Dated: November ___, 2010        MUSICK, PEELER & GARRETT LLP

25

26                                  By: _____

27                                     Stuart W. Rudnick, Esq.
                                       Jennifer Henstine, Esq.
28                                  Attorneys for Defendant
                                    PRINCIPLE PHARMACY GROUP, INC.

1    The above-captioned action shall be dismissed with prejudice pursuant to Federal

2  Rules of Civil Procedure 41(a)(1);

3    (1) Each Party shall bear its own attorney's fees and costs with respect to the

4        dismissal of the above-captioned action;

5    (2) The pre-trial conference date of November 5, 2010 at 1:30 p.m. is vacated;

6    (3) The trial date of November 16, 2010 is vacated; and

7    (4) The Court shall retain jurisdiction over this matter solely to enforce the terms of

8        the settlement agreement between the Parties.

9

10  IT IS SO STIPULATED

11

12  Dated: November ___, 2010          LAW OFFICES OF HERBERT HAFIF

13

14                                     By:_____

15                                        Greg Hafif
                                          Michael G. Dawson
16                                     Attorneys for Plaintiff
                                       DOUGLAS BARCON

17

18  Dated: November 1, 2010            JACKSON LEWIS LLP

19

20                                     By:  /s/Cynthia J. Emry_____
                                          Yvonne Arvanitis Fossati
21                                        Cynthia J. Emry
                                          Sarine C. Sahatjian
22                                     Attorneys for Defendant
                                       PROMISE HEALTHCARE
23

24  Dated: November ___, 2010          MUSICK, PEELER & GARRETT LLP

25

26

27                                     By:_____
                                          Stuart W. Rudnick, Esq.
28                                        Jennifer Ilenstine, Esq.
                                       Attorneys for Defendant
                                       PRINCIPLE PHARMACY GROUP, INC.

1   (1)  The above-captioned action shall be dismissed with prejudice pursuant to Federal

2         Rules of Civil Procedure 41(a)(1);

3   (2)  Each Party shall bear its own attorney's fees and costs with respect to the

4         dismissal of the above-captioned action;

5   (3)  The pre-trial conference date of November 5, 2010 at 1:30 p.m. is vacated;

6   (4)  The trial date of November 16, 2010 is vacated; and

7   (5)  The Court shall retain jurisdiction over this matter solely to enforce the terms of

8         the settlement agreement between the Parties.

9

10  IT IS SO STIPULATED

11

12  Dated: November ___, 2010       LAW OFFICES OF HERBERT HAFIF

13

14                            By:_____

15                                Greg Hafif
                                  Michael G. Dawson

16                                Attorneys for Plaintiff
                                DOUGLAS BARCON

17

18  Dated: November 1, 2010        JACKSON LEWIS LLP

19

20                            By:_____

21                                Yvonne Arvanitis Fossati
                                Cynthia J. Emry

22                                Sarine C. Sahatjian
                                Attorneys for Defendant

23                                PROMISE HEALTHCARE

24  Dated: November ⁄, 2010       MUSICK, PEELER & GARRETT LLP

25

26                            By:_____

27                                Stuart W. Rudnick, Esq.
                                Jennifer Henstine, Esq.

28                                Attorneys for Defendant
                                PRINCIPLE PHARMACY GROUP, INC.